UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ZACHARIAH VITALE,<br><br>    Plaintiff,<br><br>    v.<br><br>SONG, SCOTT LOSSMAN, MATT VALLEY, JANET MITCHELL, and CORIZON MEDICAL SERVICES,<br><br>    Defendants. | Case No. 1:13-cv-00326-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be entered in favor of defendants and that this case be dismissed in its entirety.

DATED: September 21, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT - 1**